UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPINE AND NEUROSURGERY INSTITUTE DBA SAN JOSE NEUROSPINE, A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND, WILLIAM MICHAEL STEMLER, INC. D/B/A DELTA HEALTH SYSTEMS, AND BLUE CROSS OF CALIFORNIA D/B/A ANTHEM BLUE CROSS,<br><br>Defendants. | Case No.: 5:24-CV-03849-ELK<br><br>[PROPOSED] ORDER RE JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE |

The Court, having considered the accompanying Stipulation and Request for Dismissal with Prejudice, and finding good cause therefore, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE.  Each party to bear its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

**DATED**: January 7, 2025

_____

HON. EUMI K. LEE

UNITED STATES DISTRICT JUDGE

- 1 -